UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.      8:23-cv-00940-AB-AJR                            Date:  December 28, 2023
                                                                                            Page 1 of 4

Title:      Ryan Michael Thor v. Shelley Marie Crawford, et al.

DOCKET ENTRY: **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE BASED ON PLAINTIFF'S FAILURE TO FILE AMENDED COMPLAINT**

PRESENT:

**HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE**

| _Claudia Garcia-Marquez_ | _____None_____ | __None__ |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:  (IN CHAMBERS)**

    On May 30, 2023, *pro se* Plaintiff Ryan Michael Thor ("Plaintiff"), filed a Complaint alleging violations of 42 U.S.C. § 1983.  (Dkt. 1.)  On June 20, 2023, Plaintiff filed a First Amended Complaint ("FAC").  (Dkt. 20.)  On August 28, 2023, Plaintiff filed a Second Amended Complaint ("SAC") without leave to file an amended pleading.  (Dkt. 28.)  On September 1, 2023, this Court construed the SAC as a request for leave to file an amended pleading, granted that request, and ordered Plaintiff not to file any further amended pleadings without leave of this Court.  (Dkt. 33.)  On September 11, 2023, this Court dismissed the SAC with leave to amend for failing to state a claim on which relief may be granted.  (Dkt. 49.)  On October 11, 2023, Plaintiff filed a Third Amended Complaint which was dismissed on October 19, 2023 with leave to amend.  (Dkt. Nos. 50,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.     8:23-cv-00940-AB-AJR                             Date:  December 28, 2023
                                                              Page 2 of 4

Title:     Ryan Michael Thor v. Shelley Marie Crawford, et al.

52.)  This Court ordered Plaintiff to file a Fourth Amended Complaint by November 17, 2023.  (Dkt. 52.)[1]  On November 17, 2023, Plaintiff filed the following items, none of which appeared to be a Fourth Amended Complaint:

    Docket 53 "Notice of Filing"

    Docket 54 "Judicial Notice"

    Docket 55 "Notice of Trustees"

    Docket 56 "Notice of Description of Equitable Interest"

    Docket 57 "Request for Bill of Particulars"

    Docket 58 "Notice of Intent to Revoke Right of Redemption"

    Docket 59 "Notice of Order to the Court"

Plaintiff was advised that none of the above items constitute a Fourth Amended Complaint and was ordered to file a Fourth Amended Complaint by December 15, 2023.  (Dkt. 60.)

On December 8, 2023, Plaintiff filed stamped copies of documents which he appears to have previously filed with the Orange County Superior Court.  (See Dkt. 61.)  These filings included a request for judicial notice, (id. at 2-4), a "notice of opinion juris," (id. at 5-6), a public records request, (id. at 7-11), a deed of trust, (id. 12-21), a "notice of trustee(s) acknowledgement of appointment and request for copy of governing trust instrument," (id. 22-25), a "notice of description of equitable interest," (id. at 26-28), a request for a bill of particulars, (id. at 29-31), a "notice of intent to revoke right of

---

[1] The Court's October 19, 2023 Order mistakenly refers to a Second Amended Complaint in certain places.  For purposes of clarity, the October 19, 2023 Order dismissed with leave to amend Plaintiff's Third Amended Complaint and directs Plaintiff to file a Fourth Amended Complaint.  (Dkt. 52.)

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.     8:23-cv-00940-AB-AJR | Date:  December 28, 2023
Page 3 of 4 |

Title:     Ryan Michael Thor v. Shelley Marie Crawford, et al.

---

redemption according to Leviticus 25:23," (id. at 32-34), and a "notice of order to the court." (Id. at 35-37.) Plaintiff was again advised that none of these filings constituted a Fourth Amended Complaint and that his Fourth Amended Complaint was still due on December 15, 2023.

More than a week has passed since Plaintiff's repeatedly extended deadline to file a Fourth Amended Complaint in response to the Court's October 19, 2023 dismissal order (Dkt. 52.). As of today, Plaintiff has neither filed an amended complaint nor requested an extension of time in which to do so. The action cannot move forward unless and until Plaintiff files an amended complaint. Plaintiff is ordered to file a Fourth Amended Complaint, if any, by **January 12, 2024,** or show cause why the action should not be dismissed with prejudice for failure to prosecute.

If Plaintiff chooses to file a Fourth Amended Complaint, the complaint should attempt to remedy the pleading defects identified in the October 19, 2023 dismissal order (Dkt. 52.), bear the docket number assigned to this case (8:23-cv-00940-AB-AJR), be labeled "Fourth Amended Complaint," and be complete in and of itself without reference to any of the previously filed complaints, or any other documents (except any documents that Plaintiff chooses to attach to the Fourth Amended Complaint as exhibits). Plaintiff is encouraged to state his claims in simple language and provide only a brief statement of supporting facts, omitting facts that are not relevant. **Plaintiff is encouraged to utilize the form complaint attached to this Order.**

**Plaintiff is expressly advised that if he does not file a Fourth Amended Complaint by the Court's deadline or respond to this order, the Court will recommend that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey Court orders.** If Plaintiff no longer wishes to pursue this action or certain claims or defendants, he may voluntarily dismiss the entire action, certain claims, or certain defendants by filing a Notice of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1). A form Notice of Dismissal is attached for Plaintiff's convenience.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:23-cv-00940-AB-AJR                             Date:  December 28, 2023
                                                                                          Page 4 of 4

Title:   Ryan Michael Thor v. Shelley Marie Crawford, et al.

Attachment:
CV-09, Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c).
Pro Se 15, Complaint for Violation of Civil Rights (Non-Prisoner), available at
https://www.uscourts.gov/forms/pro-se-forms/complaint-violation-civil-rights-non-prisoner.