1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| RYAN MICHAEL THOR, | Case No. 8:23-cv-00940-AB-AJR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SHELLEY MARIE CRAWFORD, ET AL., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  April 15, 2024

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE